```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 09 B 02387
   GREGORY M SUTTON
   LYNN SUTTON                               CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-7163    SSN XXX-XX-5524
```
---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/27/09 .

2. The case was converted to Chapter 7 without confirmation, 02/02/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J ADAMS & ASSOC     , was allowed $     .00 and was paid $     .00 .

The Trustee received $     .00 .

Refunds to the Debtor totaled $     .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/13/09              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

```
                              PAGE   2
       CASE NO. 09 B 02387 GREGORY M SUTTON & LYNN SUTTON
```